# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,    :       Case No. 3:04-cr-095
                                                  Also 3:11-cv-034

                                                  District Judge Walter Herbert Rice
    -vs-                                      Magistrate Judge Michael R. Merz

                                                 :

MEGED D. YISRA'EL,

        Defendant-Petitioner.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #204), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that First, Second and Third Grounds for Relief in his Motion to Vacate under 28 U.S.C. § 2255 are DISMISSED with prejudice. Defendant's fourth claim for relief remains pending for adjudication.

May 2, 2011.

                                                                           Walter Herbert Rice
                                                                       United States District Judge